IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 1:13-bk-00608-RNO |
| Thomas Michael Lynch | § | |
| Vicki Katz Lynch | § | |
| | § | Chapter 13 |
| Debtor(s). | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 22, 2017, the *Application for Redaction of Personal Information* was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all registered users.

The undersigned hereby further certifies that on March 22, 2017, a true and correct copy of *Application for Redaction of Personal Information* was served in the following manner:

| | |
|---|---|
| Thomas Michael Lynch<br>Vicki Katz Lynch<br>229 South 31st Street<br>Harrisburg, PA 17109-0000<br>*Debtor(s)*<br>***Via U.S. First Class Mail*** | James P Sheppard<br>2201 North Second Street<br>Harrisburg, PA 17110<br>*Counsel to the Debtor(s)*<br>**Served Electronically** |
| Charles J. DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br>*Trustee*<br>**Served Electronically** | Office of The United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101<br>**Served Electronically** |

*/s/ John M. Steidle*
John M. Steidle, Esquire
Attorney ID No. 84404
BURNS WHITE LLC
Burns White Center
48 26th Street
Pittsburgh, PA 15222
Phone: (412) 995-3000
Fax: (412) 995-3300
jmsteidle@burnswhite.com