UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

THOMAS MICHAEL LYNCH          Case No.: 1-13-00608-RNO
VICKI KATZ LYNCH              Chapter 13
    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| PART 1: | MORTGAGE INFORMATION |
|---|---|
| Creditor Name: | CALIBER HOME LOANS, INC |
| Court Claim Number: | 08 |
| Last Four of Loan Number: | 2766 |
| Property Address if applicable: | 229 SOUTH 31ST STREET, HARRISBURG, PA  17109 |

**PART 2: CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $7326.37 |
| b. | Prepetition arrearages paid by the Trustee: | $7326.37 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $12,864.86 |
| f. | Postpetition arrearages paid by the Trustee: | $12,864.86 |
| g. | Total b, d, f: | $20,191.23 |

**PART 3: POST PETITION MORTGAGE PAYMENT**

Mortgage is paid thru the plan by the Trustee conduit.
Current Monthly Mortgage Payment: $1,297.89
Next postpetition payment due: MARCH, 2018
If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: July 18, 2018                                   Respectfully submitted,

                                                       s/ Charles J. DeHart, III, Trustee
                                                       Standing Chapter 13 Trustee
                                                       Suite A, 8125 Adams Drive
                                                       Hummelstown, PA  17036
                                                       Phone:  (717) 566-6097
                                                       Fax:  (717) 566-8313
                                                       eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

| | |
|---|---|
| THOMAS MICHAEL LYNCH | Case No.: 1-13-00608-RNO |
| VICKI KATZ LYNCH | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Notice of Final Cure by First Class Mail, unless served electronically, at the below address on July 18, 2018.

THOMAS MICHAEL LYNCH
VICKI KATZ LYNCH
229 SOUTH 31ST STREET
HARRISBURG, PA  17109


CALIBER HOME LOANS
13801 WIRELESS WAY
OKLAHOMA CITY, OK,  73134


JAMES P. SHEPPARD, ESQUIRE
2201 NORTH 2ND STREET
HARRISBURG PA,  17110-


Date: July 18, 2018

s/   Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com