```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 13-00608-RNO
Thomas Michael Lynch                                            Chapter 13
Vicki Katz Lynch
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh            Page 1 of 1            Date Rcvd: Sep 12, 2018
                              Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.
db/jdb         +Thomas Michael Lynch,   Vicki Katz Lynch,   229 South 31st Street,   Harrisburg, PA 17109-4607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    M&T servicer for Lakeview Loan Servicing, LLC
               ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    M&T servicer for Lakeview Loan Servicing, LLC
               ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Bass and Associates PC    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Celine P DerKrikorian    on behalf of Creditor    M & T Bank ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              Heather Stacey Riloff    on behalf of Creditor    The Pennsylvania State Employees Credit Union
               heather@mvrlaw.com,    Michelle@mvrlaw.com
              James P Sheppard    on behalf of Debtor 1 Thomas Michael Lynch jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              James P Sheppard    on behalf of Debtor 2 Vicki Katz Lynch jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              Jeremy John Kobeski    on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              John Michael Steidle    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               jmsteidle@burnswhite.com,    lmquinn@burnswhite.com;drevanchock@burnswhite.com;creeves@hunton.com
              Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    LSF9 Master Participation Trust amps@manleydeas.com
              Kevin T McQuail    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              Mario John Hanyon    on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
              Marisa Myers Cohen    on behalf of Creditor    Lakeview Loan Servicing, LLC Mcohen@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    M&T servicer for Lakeview Loan Servicing, LLC
               Mcohen@mwc-law.com
              Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 21

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Thomas Michael Lynch,<br>aka Thomas M. Lynch, | Chapter 13 |
| **Debtor 1** | Case No. 1:13−bk−00608−RNO |
| Vicki Katz Lynch,<br>aka Vicki K. Lynch, aka Vicki Rae Katz, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−5405    xxx−xx−1954

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 12, 2018

By the Court,

*[signature]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk

**fnldec** (05/18)